# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JUAN TERREROS,

        Plaintiff,

    v.

UNITED STATES OF AMERICA,

        Defendant.

Case No. 22-cv-3803 (JMC)

## <u>ORDER</u>

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant's motion to dismiss, ECF 8, is **GRANTED**, and this case is **DISMISSED**. It is further **ORDERED** that Defendant's request in the alternative to transfer the case, ECF 8, is **DENIED** as moot.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: March 31, 2026

1